**Dismiss Writ and Opinion Filed October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01339-CV

### IN RE PERRY LEWIS SMART, Relator

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-56097-P**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Lewis
Opinion by Justice Bridges

Before the Court is relator's petition for writ of mandamus complaining about his arrest, trial, and direct appeal. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have jurisdiction over relator's complaints. *See* TEX. CODE CRIM. PROC. ANN. Art. 11.07 (West Supp. 2010); *Board of Pardons & Paroles ex re. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding). Accordingly, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction.

/David L. Bridges/

DAVID L. BRIDGES

131339F.P05

JUSTICE